

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00794-CV

Maria Del Carmen **ALJARAD**,
Appellant

v.

Ahmad M. **ALJARAD**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-13095
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant Maria Del Carmen Aljarad.

SIGNED March 28, 2018.

_____
Rebeca C. Martinez, Justice